UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61992-CIV-ZLOCH

SCOTT BARR, DDS,

    Plaintiff,          **FINAL ORDER OF DISMISSAL**

vs.

GARRISON DENTAL SOLUTIONS, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Scott Barr, DDS's, Notice Of Voluntary Dismissal (DE 5). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Scott Barr, DDS's, Notice Of Voluntary Dismissal (DE 5) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   7th   day of October, 2013.

                                         WILLIAM J. ZLOCH
                                         United States District Judge

Copies furnished:

All Counsel of Record